NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

—————————

**EVADE, LLC,**
*Appellant*

**v.**

**UNDER ARMOUR, INC.,**
*Cross-Appellant*

—————————

2016-1531, 2016-1532

—————————

Appeals from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Nos. 91/195,620, 92/052,716.

—————————

**JUDGMENT**

—————————

JOHN L. WELCH, Wolf, Greenfield & Sacks, PC, Boston, MA, argued for appellant.

LEIGH LINDQUIST, Sughrue Mion, PLLC, Washington, DC, argued for cross-appellant. Also represented by GARY D. KRUGMAN.

—————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

No costs.

ENTERED BY ORDER OF THE COURT


 February 28, 2017      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
Clerk of Court